(Official Form 1) (10/05)

| FORM B1 | | |
|---|---|---|
| **United States Bankruptcy Court**<br>**Northern District of Illinois** | | **Voluntary Petition** |

© 1993-2005 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Hulett Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): **36-2806413** | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**11351 West 183rd Street**<br>**Orland Park, IL**<br>ZIPCODE **60467** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**11351 West 183rd Street**<br>**Orland Park, IL** | ZIPCODE **60467** |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors)
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and provide the information requested below.)
State type of entity:

**Nature of Business** (Check all applicable boxes.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Nonprofit Organization qualified under 15 U.S.C. § 501(c)(3)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Consumer/Non-Business
- [x] Business

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors:**
Check one box:
- [x] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million.

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 11/28/2005
Time: 16:24:10
Debtor: HULETT CORPORATION
Case: 05-63640      Fee : 1039
Chapter: 11 Rec. # : 3144763
Judge: Jack Schmetterer

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 |
|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million |
|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million |
|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] |

1:05BK63640-BK001

VOLUNTARY PETITION

(Official Form 1) (10/05)                                                                FORM B1, Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Hulett Corporation** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **None** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br><br>X _____<br>   Signature of Attorney for Debtor(s)     Date |
|---|---|
| **Exhibit C**<br>Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>☑ No | **Certification Concerning Debt Counseling<br>by Individual/Joint Debtor(s)**<br><br>☐ I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition<br><br>☑ I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing.) |

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**

*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

(Official Form 1) (10/05)                                                                                              **FORM B1**, Page 3

| **Voluntary Petition** | Name of Debtor(s): |
| (This page must be completed and filed in every case) | |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by § 342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

**(708) 478-6900**
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign main proceeding, and that I am authorized to file this petition. A certified copy of the order granting recognition is attached.

(Check one box only)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to § 1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

X _____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney

X _Timothy J. McGonegle_ (signature)
Signature of Attorney for Debtor(s)

**Timothy J. McGonegle 1840797**
Printed Name of Attorney for Debtor(s)

**Schain Burney Ross & Citron, Ltd**
Firm Name

**222 North LaSalle Street**
Address

**Chicago, IL 60601**

**(312) 332-0200**
Telephone Number

_11 / 18 / 2005_
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____ (signature)
Signature of Authorized Individual

**Douglas C. Mayer**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

_11 / 18 / 2005_
Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                    Case No. _____

Hulett Corporation _____    Chapter **11** _____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112, Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured state value of security) |
|---|---|---|---|---|
| Jane Mayer / CDM Trust | | | | 534,480.37 |
| First Midwest Bank 10751 | | | | 520,513.89 |
| United States Treasury | | | | 494,198.68 |
| Mayer Jane, E. | | | | 334,480.37 |
| Family Bank & Trust | | | | 300,000.00 |
| First Midwest Bank<br>300 Park Boulevard, Suite 400<br>Itasca, IL  60143 | Tinley Park Main | | | 200,000.00<br>Collateral:<br>0.00<br>Unsecured:<br>200,000.00 |
| Standard Bank & Trust Co.<br>7800 West 95th Street<br>Hickory Hills, IL  60457 | (708) 598-7400 | | | 200,000.00<br>Collateral:<br>0.00<br>Unsecured:<br>200,000.00 |
| Laborers Pension & Welfare Funds | | | | 183,086.94 |
| Patten Equipment Rental | | | | 176,791.25 |
| Joliet Sand & Gravel | | | | 170,096.22 |
| C & M Pipe | | | | 131,332.19 |
| US Pipe & Foundry | | | | 108,878.89 |
| Wells Fargo  BH 20 | | | | 84,677.44 |
| Wells Fargo / BH 21 | | | | 59,183.76 |
| Roland Machinery | | | | 80,854.52 |
| Standard Bank | | | | 79,536.14 |
| Komatsu / BH19 | | | | 66,493.21 |
| Metropolitian Industries, Inc. | | | | 60,075.00 |
| Wells Fargo / BH 21 | | | | 59,183.76 |
| Midwest Operating Engineers | | | | 57,963.53 |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation][or a member or an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **November 17, 2005**              Signature: _____

                                **Douglas C. Mayer, President**

                                                        (Print Name and Title)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                  Case No. _____

__Hulett Corporation_____ Chapter **11**_____
                          Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities."

| | | | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | $          0.00 | | |
| B - Personal Property | Yes | 3 | $   2,370,407.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $     403,128.55 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | $          0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 25 | | $   4,475,345.52 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 36 | $   2,370,407.00 | $   4,878,474.07 | |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Hulett Corporation

Debtor(s)                                                    Case No. _____

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | TOTAL | 0.00 | |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

(Report also on Summary of Schedules)

SCHEDULE A - REAL PROPERTY

IN RE Hulett Corporation _____   Case No. _____

Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Family Bank & Trust Co. Account No. 1435663**<br>**Standard Bank Account No. 740069006** | | 0.00<br>0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(3). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts receivable** | | 974,000.00 |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Hulett Corporation**                                          Case No. _____
_____
Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) in customer lists or similar compilations provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2001 Ford F350SDuty** | | 0.00 |
| | | **2002 Ford F150PU** | | 0.00 |
| | | **2003 Ford 150PU** | | 0.00 |
| | | **2003 Ford Chassis 4X** | | 0.00 |
| | | **2003 Ford Explorer 4WD** | | 0.00 |
| | | **2003 Ford F1502WD** | | 0.00 |
| | | **2003 Ford F150PD** | | 0.00 |
| | | **2003 Ford Pickup** | | 0.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Various tools, office equipment and supplies** | | 50,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **See attached Machinery Schedule (Insurance Valuation)** | | 1,246,407.00 |
| 30. Inventory. | | **Various spare pipe, clamps, and miscellaneous parts in yard** | | 100,000.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE B - PERSONAL PROPERTY

IN RE Hulett Corporation _____    Case No. _____
                                    Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 2,370,407.00 |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ 0 continuation sheets attached

SCHEDULE B - PERSONAL PROPERTY

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Hulett Corporation _____   Case No. _____
_____
Debtor(s)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
(Check one box)

☐ Check if debtor claims a homestead exemption that exceeds $125,000.

☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

IN RE Hulett Corporation
_____
                Debtor(s)

Case No. _____

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child." and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **47825** <br><br> **First Midwest Bank** <br> **300 Park Boulevard, Suite 400** <br> **Itasca, IL  60143** | | | **May 11, 2004** | | | | 200,000.00 | |
| | | | Value $ | | | | 200,000.00 | |
| Account No. <br><br> **Ford Motor Credit Company** | | | | | | | 0.00 | |
| | | | Value $ | | | | | |
| Account No. <br><br> **South Oak Ford Mercury, Inc.** | | | | | | | 3,128.55 | |
| | | | Value $ | | | | 3,128.55 | |
| Account No. **5609170-0001** <br><br> **Standard Bank & Trust Co.** <br> **7800 West 95th Street** <br> **Hickory Hills, IL  60457** | | | **11-20-2004** | | | | 200,000.00 | |
| | | | Value $ | | | | 200,000.00 | |

_____ **0** continuation sheets attached

Subtotal
(Total of this page)    403,128.55

(Use only on last page of the completed Schedule D) **TOTAL**    403,128.55

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Hulett Corporation _____   Case No. _____
                    Debtor(s)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "HWJC." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. If applicable, also report this total on the Means Test form.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Other Certain Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** continuation sheets attached

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Hulett Corporation                                                    Case No. _____
_____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R.Bankr.P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**AAA Supply Corporaton<br>608 Route 41<br>Schererville, IN  46375** | | | | | | | **2,898.73** |
| Account No. **01300 113035480**<br>**ADT Security Systems<br>P.O. Box 371967<br>Pittsburg, PA  15250-7967** | | | | | | | **58.00** |
| Account No.<br>**Albright, Tom<br>1371 E 16th Road<br>Streator, IL  61364** | | | | | | | **814.00** |
| Account No.<br>**Andretich, James<br>16900 Blue Hebron Drive<br>Orland Park, IL  60767** | | | | | | | **3,250.00** |
| Account No.<br>**Aquamist Sprinklers<br>14526 Chicago Road<br>Dolton, IL  60419** | | | | | | | **220.00** |
| ___28___ continuation sheets attached | | | | Subtotal<br>(Total of this page) | | | **7,240.73** |
| | | | (Use only on last page of the completed Schedule F)  **TOTAL** | | | | |

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE **Hulett Corporation**                                          Case No. _____
_____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Arrow Security** <br> 18154 Harwood <br> Homewood, IL  60430 | | | | | | | 768.00 |
| Account No. **HUL-03** <br> **ASC Industries** <br> 1406 W 175th Street East <br> Hazel Crest, IL  60429 | | | | | | | 2,709.54 |
| Account No. <br> **Betthausen & Sons** <br> P.O. Box 703 <br> Frankfort, IL  60423 | | | | | | | 1,648.99 |
| Account No. <br> **Black Dirt, Inc.** <br> 163rd & Rt 45 <br> Orland Park, IL  60462 | | | | | | | 200.00 |
| Account No. <br> **Butler, Karen** <br> 16400 S 88th Avenue <br> Orland Park, IL  60462 | | | | | | | 1,276.88 |
| Account No. **HUL** <br> **C & M Pipe** <br> 19800 Stoney Island Avenue <br> Lynwood, IL  60411 | | | | | | | 131,332.19 |
| Account No. <br> | | | | | | | |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet no. _____**1** of _____**28** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 137,935.60

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE **Hulett Corporation**
_____ Debtor(s)  Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Carefree Lawn Maintenance, Inc.** <br> 17751 Gougar Road <br> Lockport, IL 60441 | | | | | | | 1,980.00 |
| Account No. **103187** <br> **Catching Fluidpowder, Inc.** <br> Dept 77-3643 <br> Chicago, IL 60678-3643 | | | | | | | 854.00 |
| Account No. **4024631E+15** <br> **Chase** <br> P.O. Box 15153 <br> Wilmington, DE 19850-5298 | | | | | | | 25,162.05 |
| Account No. **228417779** <br> **Checks Unlimited** <br> P.O. Box 18500 <br> Colorado Springs, CO 80935-8500 | | | | | | | 257.20 |
| Account No. <br> **Chief Construction** <br> 713 Central Avenue <br> New Lenox, IL 60451 | | | | | | | 10,984.50 |
| Account No. **CNA0000095293** <br> **CNA Deductible Recovery Group** <br> NW 7905 P.O. Box 1450 <br> Minneapolis, MN 55485 | | | | | | | 1,500.00 |
| Account No. | | | | | | | |
| | | | | | | Subtotal <br> (Total of this page) | 40,737.75 |

Sheet no. ___2___ of ___28___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

(Complete only on last sheet of Schedule F) **TOTAL** _____
(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Hulett Corporation**
                    Debtor(s)                                               Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions ) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6035185505904115**<br><br>**CNH Capital**<br>**Dept CH 10460**<br>**Palatine, IL  60055-0460** | | | | | | | 269.32 |
| Account No.<br><br>**Com Ed - Unit A**<br>**Bill Payment Center**<br>**Chicago, IL  60668-0001** | | | | | | | 292.31 |
| Account No. **2004120121**<br><br>**Com Ed Claims**<br>**Dept 8 S Michigan Avenue- Suite 618**<br>**Chicago, IL  60603** | | | | | | | 3,468.79 |
| Account No.<br><br>**Combined Plumbing**<br>**8800 West 164th Street**<br>**Orland Park, IL  60462** | | | | | | | 10,151.50 |
| Account No.<br><br>**Combined Plumbing**<br>**8800 W. 164th Street**<br>**Orland Park, IL  60462** | | | | | | | 2,475.00 |
| Account No.<br><br>**Completre Industrial Services, Co.**<br>**1120 Bellview Ave**<br>**Joliet, IL  60436** | | | | | | | 4,110.40 |
| Account No.<br><br><br> | | | | | | | |

Sheet no. ___**3**___ of ___**28**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 20,767.32

(Complete only on last sheet of Schedule F) **TOTAL**
(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2005 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

IN RE **Hulett Corporation**

Debtor(s)

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Construction & General Laborer's** <br> **999 McClintock Drive - Suite 300** <br> **Burr Ridge, IL** | | | | | | | 583.63 |
| Account No. <br> **Contech Construction Products** <br> **P.O. Box 92578** <br> **Chicago, IL  60675** | | | | | | | 1,499.31 |
| Account No. <br> **Contract Systems** <br> **208 North Washington Street** <br> **Naperville, IL  60540-4514** | | | | | | | 1,250.00 |
| Account No. **2127** <br> **Cooper Oil** <br> **8200 W. 185th Street** <br> **Tinley Park, IL  60477** | | | | | | | 6,100.47 |
| Account No. <br> **Country Club Hills** <br> **4200 W. 183rd Street** <br> **Country Club Hills, IL  60478** | | | | | | | 327.40 |
| Account No. **6272-203M** <br> **De Bruyn, Taylor And DeBruyn Ltd.** <br> **15252 S Harlen Avenue** <br> **Orland Park, IL  60462** | | | | | | | 1,725.00 |
| Account No. | | | | | | | |

Sheet no. _____**4**_ of ____**28** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **11,485.81**

(Complete only on last sheet of Schedule F) **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Hulett Corporation
_____
Debtor(s)

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions ) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **HULETT** <br><br> **De Groate Petroleum Service, Inc.** <br> **441 DeGroate Road** <br> **New Lenox, IL 60451** | | | | | | | 32,613.48 |
| Account No. **0532888301** <br><br> **Deluxe Business Checks** <br> **P.O. Box 742572** <br> **Cincinnati, OH 45274-2572** | | | | | | | 165.94 |
| Account No. **H006** <br><br> **Di Cicco Concrete Products** <br> **128 East 14th Street P.O. Box 728** <br> **Chicago Heights, IL** | | | | | | | 17,591.00 |
| Account No. <br><br> **Directional Construction Services, Inc.** <br> **420 S. Western Ave** <br> **Bartlett, IL 60103** | | | | | | | 1,200.00 |
| Account No. <br><br> **Directional Solutions** <br> **11816 Coquille Drive** <br> **Frankfort, IL 60423** | | | | | | | 9,240.00 |
| Account No. <br><br> **Don Powers Insurance Agency** <br> **911 Ridge Road** <br> **Munster, IN 46321** | | | | | | | 46,666.70 |
| Account No. | | | | | | | |

Sheet no. ____5____ of____28____ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 107,477.12

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Hulett Corporation

Debtor(s)

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Emil's Tires<br>5601 Sauk Trail<br>Matteson, IL 60443 | | | | | | | 142.61 |
| Account No.<br>Empire Tire<br>16201 Wolf Road<br>Orland Park, IL 60467 | | | | | | | 2,024.94 |
| Account No.<br>Family Bank & Trust<br>10360 S Roberts Road<br>Palos Hills, IL 60465 | | | | | | | 300,000.00 |
| Account No. 156161098<br>Fed Ex<br>P.O. Box 94515<br>Palatine, IL 60094-4515 | | | | | | | 199.97 |
| Account No.<br>Fifth Third Bank Auto Leasin<br>P.O.Box 630041<br>Cincinnati, OH 45263-0041 | | | | | | | 100.00 |
| Account No.<br>First Insurance Funding<br>450 Skokie Blvd - Suite 1000<br>Northbrook, IL 60062 | | | | | | | 22,335.38 |
| Account No. | | | | | | | |

Subtotal
(Total of this page) **324,802.90**

Sheet no. ____6____ of ____28____ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

(Complete only on last sheet of Schedule F) **TOTAL** _____

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2005 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

IN RE Hulett Corporation
_____
Debtor(s)

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| First Midwest Bank 10751 300 Park Blvd.-Suite 400, P.O.Box 4169 Itasca, IL  60143 | | | | | | | 520,513.89 |
| Account No. | | | | | | | |
| First Midwest Bank 42068 300 Park Blvd. Suite 400 - P.O. Box 4169 Itasca, IL  60143 | | | | | | | 13,971.48 |
| Account No. | | | | | | | |
| First Midwest Bank 43352 Payment Processing P.O. Box 9003 Gurnee, IL  60031 | | | | | | | 27,006.01 |
| Account No. | | | | | | | |
| Ford Credit / DT 11 P.O. Box 1106 Westmont, IL  60559-8306 | | | | | | | 29,313.07 |
| Account No. | | | | | | | |
| Ford Credit / ST 27 3010 Highland Pkwy - Suite 200 Downers Grove, IL  60515 | | | | | | | 10,456.08 |
| Account No. | | | | | | | |
| Ford Credit / ST 29 P.O. Box 1106 Westmont, IL  60559-8306 | | | | | | | 28,921.73 |
| Account No. | | | | | | | |

Sheet no. ___7___ of ___28___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    630,182.26

(Complete only on last sheet of Schedule F)  TOTAL

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Hulett Corporation
_____
Debtor(s)

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Ford Credit / ST31-Lease** <br> P.O. Box 1106 <br> Westmont, IL 60559-8306 | | | | | | | 29,552.71 |
| Account No. <br> **Ford Credit / ST32-Lease** <br> P.O. Box 1106 <br> Westmont, IL 60559-8306 | | | | | | | 30,871.07 |
| Account No. <br> **Fox Valley Chlorinating** <br> 24 W 134Street- Charles Road <br> Carol Stream, IL 60188 | | | | | | | 1,613.44 |
| Account No. <br> **Gallagher Material** <br> 18100 S Indiana Avenue <br> Thorton, IL 60476 | | | | | | | 1,500.00 |
| Account No. **402074** <br> **Gas City** <br> 100 West Oakley Ave. P.O. Box 85 <br> Lowell, IN 46356 | | | | | | | 4,840.67 |
| Account No. <br> **Goodwin Pumps** <br> P.O. Box 191 <br> Bridgeport, NJ 08014 | | | | | | | 4,542.17 |
| Account No. | | | | | | | |

© 1993-2005 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

Sheet no. __8__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **72,920.06**

(Complete only on last sheet of Schedule F) **TOTAL**

(Report total also on Summary of Schedules)

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE Hulett Corporation                                          Case No. _____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **** Grease Lightning 192nd & Wolf Road Mokena, IL 60448 | | | | | | | 1,476.63 |
| Account No. **4277700** Great Lakes Equipment P.O. Box 1331 Elmhurst, IL 60126-8331 | | | | | | | 805.41 |
| Account No. **** Griffiths, Nelson 17218 Lorenz Lansing, IL 60438 | | | | | | | 2,491.23 |
| Account No. **3-0721-0000047** Groen Waste 13701 South Kostner Crestwood, IL 60445 | | | | | | | 283.18 |
| Account No. **46010** Hardings P.O. Box 187 Lowell, IN 46356 | | | | | | | 15,757.18 |
| Account No. **8311328859** Hartford Insurance P.O. Box 2907 Hartford, CT 06104-2907 | | | | | | | 4,262.70 |
| Account No. | | | | | | | |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet no. **9** of **28** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   25,076.33

(Complete only on last sheet of Schedule F) **TOTAL**

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE Hulett Corporation                                        Case No. _____
_____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Hearne & Associates, PC** <br> **19250 Everett Lane - Suite 200** <br> **Mokena, IL  60448** | | | | | | | 12,157.75 |
| Account No. <br> **Humana** <br> **55 Schuman Road, P.O. Box 3100** <br> **Naperville, IL  60566** | | | | | | | 2,977.00 |
| Account No. <br> **IDES** <br> **Chicago Region** <br> **P.O. Box 19468** <br> **Springfield, IL  62794-9468** | | | | | | | 30,934.54 |
| Account No. <br> **Illinois Central Sweeping Service** <br> **2739 W. 39th Street** <br> **Blue Island, IL  60406** | | | | | | | 5,967.04 |
| Account No. **36-2806413** <br> **Illinois Department Of Revenue** <br> **P.O. Box 19468** <br> **Springfield, IL  62794-9468** | | | | | | | 50,725.71 |
| Account No. **Hulett** <br> **Illinois Portable Truck Inspection** <br> **17610 Westbrook Drive** <br> **Orland Park, IL  60467** | | | | | | | 621.40 |
| Account No. | | | | | | | |

Sheet no. ___**10**___ of ___**28**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 103,383.44

(Complete only on last sheet of Schedule F) **TOTAL**
(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE: Hulett Corporation
_____
Debtor(s)

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> Illinois State Toll Highway <br> 2700 Ogden Avenue <br> Downers Grove, IL  60515 | | | | | | | 100.65 |
| Account No. <br> Interstate Batteries <br> 8500 W. 191st Street - Suite 9 <br> Mokena, IL  60448 | | | | | | | 52.38 |
| Account No. <br> Irvin Tractor <br> 11601 S. Ridgeland <br> Alsip, IL  60803 | | | | | | | 1,340.88 |
| Account No. H100 <br> J & J Newell Concrete <br> 18 Forestdale Park <br> Calumet City, IL  60409 | | | | | | | 13,918.50 |
| Account No. <br> Jane Mayer / CDM Trust | | | | | | | 534,480.37 |
| Account No. <br> Jean's Spectic, Inc. <br> 26603 S. Governors Highway - Suite 1 <br> Monee, IL  60449 | | | | | | | 361.28 |
| Account No. | | | | | | | |

Sheet no. ____11____ of ____28____ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   550,254.06

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

© 1993-2005 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

IN RE **Hulett Corporation** _____ Case No. _____
                                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Jo Mar Telegrouting**<br>**1914 Heather Lane**<br>**Joliet, IL** | | | | | | | 39,152.10 |
| Account No. **17 362806413AA**<br><br>**John Deere / HL 36**<br>**P.O. Box 4450**<br>**Carol Stream, IL 60197-4450** | | | | | | | 31,645.31 |
| Account No. <br><br>**Joliet Sand & Gravel**<br>**1250 Larkin Ave**<br>**Joliet, IL 60123** | | | | | | | 170,096.22 |
| Account No. <br><br>**K Brothers Fence**<br>**17101 South Wolf Road**<br>**Orland Park, IL 60467** | | | | | | | 776.25 |
| Account No. <br><br>**Komatsu / BH19**<br>**1333 Buterfield Road - Suite 600**<br>**Downers Grove, IL 60515** | | | | | | | 66,493.21 |
| Account No. <br><br>**Komatsu / HL 35**<br>**1333 Buterfield Road - Suite 600**<br>**Downers Grove, IL 60515** | | | | | | | 33,527.90 |
| Account No. <br><br> | | | | | | | |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet no. **12** of **28** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 341,690.99

(Complete only on last sheet of Schedule F) **TOTAL** | 
(Report total also on Summary of Schedules)

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Hulett Corporation**
_____ Case No. _____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **L J Keefe Co** <br> **704 West Central Road** <br> **Mount Prospect, IL  60056-2339** | | | | | | | 34,860.00 |
| Account No. **02036** <br> **Laborers Pension & Welfare Funds** <br> **11465 Cermak Road** <br> **Westchester, IL  60154** | | | | | | | 183,086.94 |
| Account No. <br> **Lee Jensen Sales Co Inc.** <br> **7316 Teckler Blvd** <br> **Crystal Lake, IL  60014-7994** | | | | | | | 3,334.75 |
| Account No. <br> **Lexmor Engineering** <br> **9405 Bormet Drive - Suite 1** <br> **Mokena, IL  60448** | | | | | | | 3,390.00 |
| Account No. <br> **Lincoln Paving** <br> **1340 W 171st Street** <br> **Hazel Crest, IL  60429** | | | | | | | 1,199.29 |
| Account No. **213486** <br> **Linda Gas** <br> **P.O. Box 802807** <br> **Chicago, IL  60680-2807** | | | | | | | 1,369.55 |
| Account No. | | | | | | | |

© 1993-2005 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

Sheet no. ___**13**___ of ___**28**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **227,240.53**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE Hulett Corporation
_____
Debtor(s)

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Lowell Concrete Products, Inc. 9312 W 181st Ave. P.O.Box 247 Lowell, IN 46356 | | | | | | | 10,443.32 |
| Account No. M & J Water Service Products 14525 Keating Ave Midlothian, IL 60445 | | | | | | | 8,786.05 |
| Account No. M & M Auto Glass 4047 W 147th Street Midlothian, IL 60445 | | | | | | | 260.11 |
| Account No. M.E. Simpson Company 3406 Enterprise Ave Valparaiso, IN 46383-6953 | | | | | | | 1,050.00 |
| Account No. Manning Electrical Systems 110 N. Williams Street Thornton, IL 60476 | | | | | | | 8,465.00 |
| Account No. hulett Marathon Material, Inc. 25523 W. Schultz Street Plainfield, IL 60585 | | | | | | | 1,869.00 |
| Account No. | | | | | | | |

Sheet no. __14__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **30,873.48**

(Complete only on last sheet of Schedule F) **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Hulett Corporation
_____
                        Debtor(s)                                    Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Mark Yunker** <br> **24400 Scheer Road** <br> **Frankfort, IL  60423** | | | | | | | 62.50 |
| Account No. <br> **Marlin Leasing** <br> **P.O. Box 13604** <br> **Phildelphia, PA  19104-3605** | | | | | | | 888.00 |
| Account No. <br> **Martin Implement** <br> **16400 S 104th Avenue** <br> **Orland Park, IL  60467-5406** | | | | | | | 261.05 |
| Account No. hulet001 <br> **Martin Leasing** <br> **16400 South 104th Avenue** <br> **Orland Park, IL  60467-5406** | | | | | | | 254.15 |
| Account No. <br> **Mayer Jane, E.** <br> **10535 Great Egret Drive** <br> **Orland Park Pl, IL  60647** | | | July 24, 2003 | | | | 334,480.37 |
| Account No. <br> **Mayer, Charles** <br> **11351 W. 167th Street** <br> **Orland Park, IL  60467** | | | | | | | 9,032.67 |
| Account No. <br> | | | | | | | |

Sheet no. __15__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 344,978.74

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE Hulett Corporation                                          Case No. _____
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Mayer, Doug** <br> **215 N. Aberdeen Street , #503 B** <br> **Chicago, IL  60607** | | | | | | | 3,165.57 |
| Account No. 3390795 <br> **McLeod USA** <br> **P.O. Box 3243** <br> **Milwaukee, WI 53201-3242** | | | | | | | 213.87 |
| Account No. <br> **Meade Electrical Company** <br> **9550 W 55th Street** <br> **McCook, IL  60525** | | | | | | | 1,085.10 |
| Account No. <br> **Metropolitian Industries, Inc.** <br> **37 Forestwood Drive** <br> **Romeoville, IL  60446** | | | | | | | 60,075.00 |
| Account No. **hue0001** <br> **Mid American Water** <br> **1500 E Mountain Avene** <br> **Aurora, IL  60505** | | | | | | | 13,670.02 |
| Account No. <br> **Midnight Tire & Service, Inc.** <br> **5601 Sauk Trail** <br> **Matteson, IL  60443** | | | | | | | 51.19 |
| Account No. <br> | | | | | | | |

© 1993-2005 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

Sheet no. ____16__ of _____28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 78,260.75

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE Hulett Corporation

Debtor(s)

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **19124**<br>**Midway Truck Parts**<br>7400 W 87th Street<br>Bridgeview, IL  60445 | | | | | | | 151.45 |
| Account No.<br>**Midwest Chlorinating & Testing**<br>420 S. Western Avenue<br>Bartlett, IL  60103 | | | | | | | 8,329.80 |
| Account No. **629**<br>**Midwest Operating Engineers**<br>6150 Joliet Road<br>Countryside, IL  60525 | | | | | | | 57,963.53 |
| Account No.<br>**Midwest Surveying Instruments, Inc.**<br>6113 S. Cass Avenue<br>Westmont, IL  60559 | | | | | | | 1,408.33 |
| Account No.<br>**Mokena Auto**<br>19200 S. Wolf Road<br>Mokena, IL  60448 | | | | | | | 94.56 |
| Account No.<br>**Monee Rentals & Sales, Inc.**<br>25912 S. Governors Highway<br>Monee, IL  60449 | | | | | | | 109.24 |
| Account No. | | | | | | | |

Sheet no. ____17___ of ____28____ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **68,056.91**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE Hulett Corporation _____   Case No. _____

                                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Murray Overhead Doors** <br> 510 Manor Drive <br> Peotone, IL 60468 | | | | | | | 55.00 |
| Account No. <br> **Napco** <br> 1800 Arthur Drive <br> West Chicago, IL 60185 | | | | | | | 788.89 |
| Account No. <br> **National City** <br> P.O. Box 5570 <br> Cleveland, OH 44101-0570 | | | | | | | 14,870.96 |
| Account No. 078137 <br> **National Waterworks** <br> 18900 S 82nd Ave <br> Mokena, IL 60448 | | | | | | | 32,525.17 |
| Account No. 970214-092006 <br> **Nebs** <br> 500 Main Street <br> Groton, MA 01471 | | | | | | | 2,205.26 |
| Account No. <br> **Nee-Corp** <br> 17522 Scott Road <br> Hinkley, IL 60520 | | | | | | | 775.00 |
| Account No. | | | | | | | |

Sheet no. __18__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 51,220.28

(Complete only on last sheet of Schedule F) **TOTAL** | 

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Hulett Corporation _____  Case No. _____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions ) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **H94495** <br><br> **Neenah Foundry Company** <br> **P.O. Box 729** <br> **Neenah, WI  54956-0729** | | | | | | | 8,664.52 |
| Account No. **C1000737** <br><br> **Nes Traffic Safety** <br> **12225 Disk Drive** <br> **Romeoville, IL  60446** | | | | | | | 15,880.52 |
| Account No. **6035185505904115** <br><br> **New Holland Credit / BH22** <br> **P.O. Box 1083** <br> **Evansville, IN  47706-1083** | | | | | | | 3,629.75 |
| Account No. <br><br> **Next Day Toner** <br> **11411 W. 183rd Street - Suite H** <br> **Orland Park, IL  60467** | | | | | | | 249.62 |
| Account No. **413020510** <br><br> **Nextel** <br> **P.O. Box 4191** <br> **Carol Stream, IL  60197-4191** | | | | | | | 995.33 |
| Account No. **4-34-22-3720** <br><br> **Nicor Gas Suite A** <br> **P.O. Box 2020** <br> **Aurora, IL  60507-2020** | | | | | | | 614.90 |
| Account No. | | | | | | | |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet no. ___**19**___ of ___**28**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **30,034.64**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Hulett Corporation** _____  Case No. _____
                              Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4-34-22-3742** <br><br>**Nicor Gas Suite C** <br>**P.O. Box 2020** <br>**Aurora, IL  60507-2020** | | | | | | | 442.94 |
| Account No. **10841654** <br><br>**Northern Tool & Equipment Co** <br>**2800 Southcross Drive P.O. Box 1219** <br>**Burnsville, MN  55337-0219** | | | | | | | 1,183.79 |
| Account No. **3979** <br><br>**Osco Inc.** <br>**P.O. Box 70** <br>**Lemont, IL  60439-0070** | | | | | | | 24,642.87 |
| Account No. **00805500** <br><br>**Ozinga** <br>**18825 Old LaGrange Road** <br>**Mokena, IL  60448** | | | | | | | 6,049.39 |
| Account No. **Policy #13085-Emp#113136** <br><br>**Pacific Life & Annuity** <br>**Trustee Of The Multi Protection Trust-Ut** <br>**File 53527** <br>**Los Angeles, CA  90074-3527** | | | | | | | 13,221.68 |
| Account No. <br><br>**Paravich, Sheila** <br>**16400 W 88th Avenue** <br>**Orland Park, IL  60462** | | | | | | | 4,187.39 |
| Account No. <br><br> | | | | | | | |

© 1993-2005 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

Sheet no. ___**20**___ of ___**28**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    49,728.06

(Complete only on last sheet of Schedule F)  TOTAL
(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE: **Hulett Corporation**                                   Case No. _____

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4277700** <br><br> **Patten Equipment Rental** <br> **16822 W. Laraway Road** <br> **Joliet, IL  60433** | | | | | | | **176,791.25** |
| Account No. <br><br> **Phillips Electric, Inc.** <br> **110 North Williams** <br> **Thorton, IL  60476** | | | | | | | **11,456.55** |
| Account No. <br><br> **Pipe-Eye Televising, Inc.** <br> **701 Thorndale** <br> **Bensenville, IL  60106** | | | | | | | **16,513.50** |
| Account No. <br><br> **Posen Oil** <br> **14200 Division Street-P.O. Box 9** <br> **Posen, IL  60469** | | | | | | | **5,200.74** |
| Account No. <br><br> **Precision Truck Equipment** <br> **1945 177th Street** <br> **Lansing, IL  60438** | | | | | | | **678.41** |
| Account No. <br><br> **Quality Quickprint** <br> **2405 Canton Farm Road** <br> **Crest Hill, IL  60435** | | | | | | | **879.40** |
| Account No. <br><br> | | | | | | | |

Sheet no. _____**21**__ of _____**28** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **211,519.85**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN KE Hulett Corporation _____    Case No. _____
                              Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Reed, Don** <br> **3002 Windhill Lane** <br> **Dyer, IL 46311** | | | | | | | 2,296.62 |
| Account No. <br> **Regional Truck Equipment Co Inc.** <br> **4626 W 120th Street** <br> **Alsip, IL 60803** | | | | | | | 43.66 |
| Account No. 01351233 <br> **Reliable Office Supplies** <br> **8001 135 South LaSalle Street** <br> **Chicago, IL 60674-8001** | | | | | | | 418.48 |
| Account No. <br> **Robinson Engineering LTD** <br> **17000 S. Park Ave., P.O. Box 386** <br> **South Holland, IL 60473-0386** | | | | | | | 1,080.00 |
| Account No. <br> **Roland Machinery** <br> **NW 7899-P.O. Box 1450** <br> **Minneapolis, MN 55485-7899** | | | | | | | 80,854.52 |
| Account No. <br> **Rose Cartrage Service, Inc.** <br> **17775 N. Clyde Avenue** <br> **Lansing, IL 60438** | | | | | | | 990.07 |
| Account No. <br> | | | | | | | |

Sheet no. _____**22** of_____**28** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 85,683.35

(Complete only on last sheet of Schedule F) **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE Hulett Corporation                                              Case No. _____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Sanatex Corporation** 2321 N. Wolcott Avenue Chicago, IL 60614-2994 | | | | | | | 206.63 |
| Account No. **24754** **Satellite Shelters** 2530 Xenium Lane North Minneapolis, MN 55441-3695 | | | | | | | 740.54 |
| Account No. **708Z38-52333202** **SBC 2nd** SBC 60663 Sbc Drive Chicago, IL 60663-0001 | | | | | | | 46.07 |
| Account No. **70847869002141** **SBC Main** SBC 60663 SBC Drive Chicago, IL 60663-0001 | | | | | | | 187.73 |
| Account No. **Schubert & Son Concrete, Inc.** 1976 Sheffield Lane Wheaton, IL 60187 | | | | | | | 980.00 |
| Account No. **Schuster, Naomi** 7480 W College Drive - Suite 101 Palos Heights, IL 60463 | | | | | | | 2,918.77 |
| Account No. | | | | | | | |

Sheet no. **23** of **28** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) — 5,079.74

(Complete only on last sheet of Schedule F)  **TOTAL** _____
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE: Hulett Corporation
_____        Case No. _____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **D3899-259-7** | | | | | | | |
| Secretary Of State Dept Of Business Services 501 2nd Street Springfield, IL 62756 | | | | | | | 1,196.07 |
| Account No. **796-700-896** | | | | | | | |
| Shell Oil Co P.O. Box 183018 Columbus, OH 43218-3018 | | | | | | | 896.15 |
| Account No. | | | | | | | |
| Silver Cross Hospital 1200 Maple Road Joliet, IL 60432 | | | | | | | 676.44 |
| Account No. | | | | | | | |
| South Oak Ford Mercury, Inc. 1135 South Water Street Wilmington, IL 60481 | | | | | | | 3,128.55 |
| Account No. | | | | | | | |
| Southwest Suburban Home Builders Associa 10767 W. 163rd Place Orland Park, IL 60467 | | | | | | | 1,110.00 |
| Account No. | | | | | | | |
| Standard Bank 7800 W. 95th Street Hickory Hills, IL 60457 | | | | | | | 79,536.14 |
| Account No. | | | | | | | |

Sheet no. ____**24**__ of ____**28**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          86,543.35

(Complete only on last sheet of Schedule F)   **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE Hulett Corporation

Debtor(s)                                             Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Sterling Lumber Company** <br> **3415 West 127th Street** <br> **Blue Island, IL 60406** | | | | | | | **369.14** |
| Account No. <br> **Sunbelt Rentals** <br> **P.O. Box 409211** <br> **Atlanta, GA 30384-9211** | | | | | | | **0.00** |
| Account No. <br> **Swanson & Brown, Ltd.** <br> **12600 South Harlem Avenue** <br> **Palos Heights, IL 60463** | | | | | | | **1,188.50** |
| Account No. **227489** <br> **The Blue Book** <br> **P.O. Box 500** <br> **Jefferson Valley, NY 10535** | | | | | | | **960.00** |
| Account No. <br> **The Mike Madrid Co** <br> **P.O. Box 2477** <br> **West Lafayette, IN 47996** | | | | | | | **2,761.00** |
| Account No. <br> **TJR Enterprises, LLC** <br> **12004 S. Central Avenue** <br> **Alsip, IL 60803** | | | | | | | **178.00** |
| Account No. | | | | | | | |

Sheet no. __25__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **5,456.64**

(Complete only on last sheet of Schedule F) **TOTAL**

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Hulett Corporation**

Debtor(s)

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0034195** <br> **Town & Country Landscape Supply** <br> P.O. Box 2150-W <br> Bedford Park, IL  60499-2150 | | | | | | | 1,875.57 |
| Account No. **99** <br> **True Value** <br> 17280 South Cicero Avenue <br> Country Club Hills, IL  60478 | | | | | | | 1,563.20 |
| Account No. <br> **Underground Contractors Association** <br> 500 Park Blvd. - Suite 154 C <br> Itasca, IL  60143 | | | | | | | 1,850.00 |
| Account No. **36-2806413** <br> **United States Treasury** <br> Cincinnati, OH  62794-9468 | | | | | | | 494,198.68 |
| Account No. <br> **Universal Pipe & Supply** <br> 2145 Moen Avenue-P.O. Box 2404 <br> Joliet, IL  60434 | | | | | | | 962.50 |
| Account No. <br> **US Pipe & Foundry** <br> 98056 Collection Center Dr. <br> Chicago, IL  60693-8056 | | | | | | | 108,878.89 |
| Account No. | | | | | | | |

Sheet no. __**26**__ of __**28**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  609,328.84

(Complete only on last sheet of Schedule F)  **TOTAL** _____
(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE: **Hulett Corporation** _____   Case No. _____

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3316** <br> **Valley Run Stone** <br> **10425 Joliet Road** <br> **Newark, IL  60541** | | | | | | | **14,645.55** |
| Account No. **hulecor** <br> **Van Bruggen Signs** <br> **13401 Southwest Highway** <br> **Orland Park, IL  60466** | | | | | | | **1,282.68** |
| Account No. <br> **Vans Material** <br> **10175 Vans Drive** <br> **Frankfort, IL  60423** | | | | | | | **1,988.84** |
| Account No. **132540-84930** <br> **Village Of Orland Park** <br> **14700 Ravinia Avenue** <br> **Orland Park, IL  60462** | | | | | | | **1,145.22** |
| Account No. <br> **Welch Bros Belvidere, Inc.** <br> **1000 Town Hall Road** <br> **Belvidere, IL  61008** | | | | | | | **3,680.00** |
| Account No. <br> **Wells Fargo / BH 20** <br> **NW-8178 P.O. Box 1450** <br> **Minneapolis, MN  55485-8178** | | | | | | | **84,677.44** |
| Account No. | | | | | | | |

Sheet no. **27** of **28** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | **107,419.73**

(Complete only on last sheet of Schedule F)   **TOTAL** | 

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Hulett Corporation
_____   Case No. _____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Wells Fargo / BH 21** <br> **NW-8178 P.O. Box 1450** <br> **Minneapolis, MN  55485** | | | | | | | 59,183.76 |
| Account No. 6874100312 <br> **West Side Tractors Sales** <br> **Dept #4570, P.O. Box 87618** <br> **Chicago, IL  60680-0618** | | | | | | | 8,654.40 |
| Account No. <br> **Will Supply Corp** <br> **8133 W 189th Street** <br> **Mokena, IL  60448** | | | | | | | 276.00 |
| Account No. <br> **Wilson Rentals** <br> **2125 W. 183rd Street** <br> **Homewood, IL  60430** | | | | | | | 1,364.71 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __28__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **69,478.87**

(Complete only on last sheet of Schedule F) **TOTAL**     **4,434,858.13**
(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2005 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

IN RE Hulett Corporation                                                    Case No. _____
_____
Debtor(s)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Hulett Corporation
_____
                    Debtor(s)                                    Case No. _____

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112, Fed. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE H - CODEBTORS

IN RE **Hulett Corporation** _____     Case No. _____
_____
Debtor(s)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that
    (Total shown on summary page plus 1)
they are true and correct to the best of my knowledge, information, and belief.

Date: _____   Signature: _____
                                                                                                Debtor

Date: _____   Signature: _____
                                                                                          (Joint Debtor, if any)
                                          [If joint case, both spouses must sign.]

---

#### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____     _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer      Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____     _____
Signature of Bankruptcy Petition Preparer                                           Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **Hulett Corporation** _____
(corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**37**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
          (Total shown on summary page plus 1)

Date: **November 17, 2005** _____   Signature: _____

                                          **Douglas C. Mayer**
                                                                                          (Print or type name of individual signing on behalf of debtor)

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

DECLARATION CONCERNING DEBTOR'S SCHEDULES

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**

**Northern District of Illinois**

IN RE:                                                                                    Case No. _____

Hulett Corporation _____          Chapter **11** _____

　　　　　　　　　　Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

**1. Income from employment or operation of business**

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  |  |
|---|---|
| AMOUNT | SOURCE |
| 0.00 | **2005 fiscal year ending March 31, 2005** |
| -1,139,401.09 | **2004 Fiscal year ending March 31, 2004** |
| -156,557.77 | **2003 Fiscal year ending March 31, 2003** |

**2. Income other than from employment or operation of business**

None ☑ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑ a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers District and General Laborers' District Council v. Hulett Corp., No. 05 C 4606** | **Pension Benefit Collection Action** | **United States District Court for the Northern Distirct of Illinois, Chicago, Illinois** | **Pending, Judgment entered September 29, 2005, Citation to Discovery Assets** |
| **West Side Tractor Sales v. Hulett Corp.No. 05 AR 01116** | Breach of contract | **18th Judicial Circuit, DuPage County, Illinois** | **Pending,** |
| Roland Machinery Co. v. Hulett Corp., No. 05-L-231 | Breach of contract | **18th Judicial Circuit, DuPage County, Illinois** | **Pending. Judgment entered June 9, 2005, Citation to Discover Assets.** |
| National Waterworks, Inc. v. Hulett Corp., No. 2005 L 3930 | Breach of contract | **Circuit Court of Cook County, Chicago, Illinois** | **Pending, Judgment entered, Garnishment (Non-Wage) pending** |
| Hardins, Inc. v. Hulett Corp., No. 04 M1-178201 | Breach of contract | **Circuit Court of Cook County, Chicago, Illinois** | **Pending, Judgment entered, Garnishment (Non-Wage) pending** |
| Godwin Pumps of America, Inc. v. Hulett Corp., No 05-M1-127351 | Breach of contract | **Circuit Court of Cook County, Chicago, Illinois** | **Pending,** |
| Osco Inc. v. Hulett Corp., No. 05 M1-138181 | Breach of contract | **Circuit Court of Cook County, Chicago, Illinois** | **Pending** |
| Avery Gravel Co., Inc. d./b/a Valley Run Stone v. Hulett Corp., No. | Breach of contract | | **Demand letter** |
| United States Pipe & Foundry Co., Inc. v. Hulett Corp., No. | Breach of contract | **Circuit Court of Cook County, Chicago, Illinois** | **Pending** |
| Great Seneca Financial v. Hulett Corp., No. 05-SC-005830 | Breach of contract | **12th Judicial Circuit, Will County, Illinois** | **Pending** |
| New England Business Services, Inc. v. Hulett Corp., | Breach of contract | | **Pending** |
| Avalon Petroleum Co. v. Hulett Corp., No. 04 AR 1140 | Breach of contract | **12th Judicial Circuit, Will County, Illinois** | **Pending. Judgment entered 11/17/2004, Citation pending** |
| Dolci Trucking, Inc. v. Hulett Corp., No. 05 AR 1279 | Breach of contract | **12th Judicial Circuit, Will County, Illinois** | **Pending, Judgment entered August 26, 2005, Non-Wage Garnishment** |
| Material Service Corp. v. Hulett Corp., No. 04 L 013015 | Breach of contract | **Circuit Court of Cook County, Chicago, Illinois** | **Pending** |
| **Construction Workers Pension Trust Fund Lake County and Vicinity v. Hulett Corp., No.** | **Pension benefits** | **United States District Court for the Northern District of Illinois** | **Pending** |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

05-C-2515

| In re Hulett Corp., No. 05-003160 | Wage claim of Thomas E. Albright | State of Illinois, Department of Labor, Fair Labor Standards Division | Pending |
|---|---|---|---|
| Wells Fargo Equipment Finance, Inc. v. Hulett Corp., No. 05 L 000260 | Breach of contract | Circuit Court of Cook County, Chicago, Illinois | Pending |
| Standard Bank & Trust Co. v. Mayer and Hulett Corp., No. 2005 L 5023 | Breach of contract | Circuit Court of Cook County, Chicago, Illinois | Pending |
| First Midwest v. Mayer, Hulett Corp., et al., No. 05 CH 1255 | Breach of contract | 12th Judicial Circuit, Will County, Illinois | Pending |

None ☑   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**5. Repossessions, foreclosures and returns**

None ☐   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Wells Fargo Equipment Finance, Inc. Attn: Phil Shoen 733 Marquette Aver, Suite 700 Minneapolis, MN 55402 | October 25, 2005 | 1 Komatsu model PC150LC-6 S/N K32386, attachments, accessories; 1 Komatsu model PC400LC-6 S/N A85267 attachements, accessories |
| National City Consumer Loan Services P.O. Box 5570 Cleveland, OH 44101-0570 | 7/182005 | 1 Ford/F150(P) VIN #1FTRW07353KC51630 |
| National City Consumer Loan Services P.O. Box 5570 Cleveland, OH 44101-0570 | 7/21/2005 | 1 Ford/Explorer(P) VIN #1FMDU74W23ZA97095 |

---

**6. Assignments and receiverships**

None ☑   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**7. Gifts**

None ☑   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**8. Losses**

None ☑   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**9. Payments related to debt counseling or bankruptcy**

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Schain, Burney, Ross & Citron, Ltd.<br>222 North LaSalle Street, Suite 1910<br>Chicago, IL  60601 | 11/18/2005 | 10,000.00 |

## 10. Other transfers

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

## 11. Closed financial accounts

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 12. Safe deposit boxes

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 13. Setoffs

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 14. Property held for another person

None ☑ List all property owned by another person that the debtor holds or controls.



## 15. Prior address of debtor

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

## 16. Spouses and Former Spouses

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

### 18. Nature, location and name of business

None ☐ a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Hulett Corporation | 36-2806413 | 11351 West 183rd Street Orland Park, IL 60467 | Underground construction | |

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)

### 19. Books, records and financial statements

None ☐ a. List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                    DATES SERVICES RENDERED
Hearne & Associates
19250 Everett Lane, #200
Mokena, IL 60448

None ☐ b. List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME AND ADDRESS                    DATES SERVICES RENDERED
Hearne & Associates
19250 Everett Lane, #200
Mokena, IL 60448

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS
Debtor

None ☑ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of the case by the debtor.

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## 20. Inventories

None ☐  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market, or other basis) |
|---|---|---|
| | Sheila Paravich | |

None ☑  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

None ☐  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| Douglas C. Mayer<br>11351 West 183rd Street<br>Orland Park, IL  60467 | Shareholder | 51.000000 |
| Charles T. Mayer<br>11351 West 167th Street<br>Orlland Park, IL  60467 | | 49.000000 |

None ☑  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

## 22. Former partners, officers, directors and shareholders

None ☑  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

## 24. Tax Consolidation Group

None ☑  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

## 25. Pension Funds.

None ☑  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**STATEMENT OF FINANCIAL AFFAIRS**