**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|                          |     |                          |
|--------------------------|-----|--------------------------|
| IN RE:                   | )   |                          |
| Hulett Corporation       | )   | Bankruptcy No. 05 B 63640 |
|                          | )   | Chapter 11               |
|                          | )   |                          |
| Debtor (s)               | )   | Judge Jack B. Schmetterer |
|                          | )   |                          |
|                          | )   |                          |

To:     See Attached List

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on **September 23, 2008,** at the hour of 10:30 A.M., or as soon thereafter as counsel may be heard, I shall appear before the honorable Jack B. Schmetterer in Courtroom 682 of the United States Bankruptcy Court, 219 S. Dearborn St., Chicago, Illinois, or any other judge sitting in his place and stead, and shall then and there present the attached **Motion for Entry of Final Decree**, a copy of which is hereby served upon you.  You may appear if you so choose.

David P. Lloyd
Grochocinski, Grochocinski and Lloyd, Ltd.
1900 Ravinia Place
Orland Park IL  60462
(708) 226-2700
Fax:  (708) 226-9030

**CERTIFICATE OF SERVICE**

I, David P. Lloyd, an attorney, certify that I caused a copy of the foregoing Notice and Motion to be served on the parties listed on the attached service list by electronic notice where indicated, or first class mail by depositing with the United States Postal Service, Orland Park, Illinois, postage prepaid, prior to 5:00 P.M., this 3rd day of September, 2008.

_____/s/ David P. Lloyd_____
David P. Lloyd

**Notice List**
**Hulett Corporation**
**05 B 63640**

U.S. Trustee
USTPRegion11.ES.ECF@usdoj.gov

Gregory J. Stull
Internal Revenue Service
200 W. Adams St.
Suite 2300
Chicago IL  60606

Great Lakes Equipment
c/o Wolfe Wolfe & Ryd LLP
20 N. Wacker Dr.
Suite 3550
Chicago IL  60606

Midwest Operating Engineers Welfare Fund
c/o Jennifer L. Dunitz-Geitinger
200 W. Adams St.
Suite 2200
Chicago IL  60606-5231

Roland Machinery Company
c/o Michael T. Nigro
Nigro & Westfall, P.C.
1793 Bloomingdale Rd.
Glendale Heights IL  60139

Laborers' Pension & Welfare Funds
c/o Karen I. Engelhardt
230 W. Monroe St.
Suite 2600
Chicago IL  60606

United States Pipe & Foundry Company
c/o Stein & Rotman
105 W. Madison St., Suite 600
Chicago IL  60602

LaFarge Joliet, Inc.
c/o  Krockey,  Cernugel,  Cowgill,  Clark  &
Pyles, Ltd.

3100 Theodore St., Suite 101
Joliet IL  60435

Wells Fargo Equipment Finance, Inc.
c/o Adam B. Rome
Levenfeld Pearlstein, LLC
Two N. LaSalle St.
Suite 1300
Chicago IL  60602

All creditors on the attached Schedules D, E,
and F

**David S Adduce**
dadduce@komdr.com

**Vikram R Barad**
vbarad@maxwellandpotts.com

**Marc J. Chalfen**
mchalfen@komdr.com

**Timothy A. Clark**
timclark@kcccp.com
timclark@kcccp.com

**Arnold H. Landis**
arnoldlandis1@ameritech.net

**Ian K. Linnabary**
ikl@renozahm.com

**James R. Mata**
firm@nigrowestfall.com
jmata@nigrowestfall.com

**Andrew J Maxwell**
maxwelllawchicago@yahoo.com

**Timothy J. McGonegle**
tmcgonegle@schainlaw.com

**Christopher H Purcell**
shermlaw13@aol.com

**Adam B. Rome**
arome@lplegal.com

First Midwest Bank
One Pierce Place
Suite 1500W
Itasca, IL 60143-1254

Standard Bank and Trust Company
7800 West 95th Street
Hickory Hills, IL 60457

AAA Supply Corporation
608 Route 41
Schererville, IN 46375

ADT Security Systems
P. O. Box 371967
Pittsburgh, PA 15250-7967

Tom Albright
1371 E. 16th Road
Streator, IL 61364

James Andretich
16900 Blue Hebron Drive
Orland Park, IL 60767

Aquamist Sprinklers
14526 Chicago Road
Dolton, IL 60419

Arrow Security
18154 Harwood
Homewood, IL 60430

ASC Industries
1406 W. 175th Street East
Hazel Crest, IL 60429

Betthausen & Sons
P. O. Box 703
Frankfort, IL 60423

Black Dirt, Inc.
163rd & Route 45
Orland Park, IL 60462

Karen Butler
16400 South 88th Avenue
Orland Park, IL 60462

C & M Pipe
19800 Stoney Island Avenue
Lynwood, IL 60411

Carefree Lawn Maintenance, Inc.
17751 Gougar Road
Lockport, IL 60441

Catching Fluidpowder, Inc.
Dept 77-3643
Chicago, IL 60678-3643

Chase
P. O. Box 15153
Wilmington, DE 19850-5298

Checks Unlimited
P. O. Box 18500
Colorado Springs, CO 80935-8500

Chief Construction
713 Central Avenue
New Lenox, IL 60451

CNA Deductible Recovery Group
NW 7905 P. O. Box 1450
Minneapolis, MN 55485

CNH Capital
Dept CH 10460
Palatine, IL 60055-0460

Com Ed- Unit A
Bill Payment Center
Chicago, IL 60668-0001

Com Ed Claims
Dept 8 S Michigan Avenue
Suite 618
Chicago, IL 60603

Combined Plumbing
8800 West 164th Street
Orland Park, IL 60462

Completre Industrial Services Co.
1120 Bellview Avenue
Joliet, IL 60436

Construction & General Laborer's
999 McClintock Drive
Suite 300
Burr Ridge, IL 60527

Contech Construction Products
P. O. Box 92578
Chicago, IL 60675

Contract Systems
208 North Washington Street
Naperville, IL 60540-4514

Cooper Oil
8200 West 185th Street
Tinley Park, IL 60477

Country Club Hills
4200 West 183rd Street
Country Club Hills, IL 60478

De Bruyn, Taylor and DeBruyn, Ltd.
15252 South Harlem Avenue
Orland Park, IL 60462

De Groate Petroleum Service, Inc.
441 DeGroate Road
New Lenox, IL 60451

Deluxe Business Checks
P. O. Box 742572
Cincinnati, OH 45274-2572

Di Cicco Concrete Products
128 East 14th Street
P. O. Box 728
Chicago Heights, IL 60411

Dicrectional Construction Services
420 South Western Avenue
Barlett, IL 60103

Directional Solutions
11816 Coquille Drive
Frankfort, IL 60423

Don Powers Insurance Agency
911 Ridge Road
Munster, IN 46321

Emil's Tires
5601 Sauk Trail
Matteson, IL 60443

Empire Tire
16201 Wolf Road
Orland Park, IL 60467

Family Bank & Trust
10360 S. Roberts Road
Palos Hills, IL 60465

Fed Ex
P. O. Box 94515
Palatine, IL 60094-4515

Fifth Third Bank Auto Leasing
P. O. Box 630041
Cincinnati, OH 45263-0041

First Insurance Funding
450 Skokie Boulevard
Suite 1000
Northbrook, IL 60062

First Midwest Bank
Payment Processing
P. O. Box 9003
Gurnee, IL 60031

Ford Credit/DT 11
P. O. Box 1106
Westmont, IL 60559-8306

Ford Credit/ST 27
3010 Highland Parkway
Suite 200
Downers Grove, IL 60515

Fox Valley Chlorinating
24 W. 134 Street-Charles Road
Carol Stream, IL 60188

Goodwin Pumps
P. O. Box 191
Bridgeport, NJ 08014

Nelson Griffiths
17218 Lorenz
Lansing, IL 60438

Hartford Insurance
P. O. Box 2907
Hartford, CT 06104-2907

IDES
Chicago Region
P. O. Box 19468
Springfield, IL 62794-9468

Illinois Portable Truck Inspection
17610 Westbrook Drive
Orland Park, IL 60467

Irvin Tractor
11601 South Ridgeland
Alsip, IL 60803

Jo Mar Telegrouting
1914 Heather Lane
Joliet, IL 60431

K Brothers Fence
17101 South Wolf Road
Orland Park, IL 60467

Laborers Pension & Welfare Funds
11465 Cermak Road
Westchester, IL 60154

Lincoln Paving
1340 West 171st Street
Hazel Crest, IL 60429

M & J Water Service Products
14525 Keating Avenue
Midlothian, IL 60445

Manning Electrical Systems
110 North Williams Street
Thorton, IL 60476

Marlin Leasing
P. O. Box 13604
Philadelphia, PA 19104-3605

Gallagher Material
18100 South Indiana Avenue
Thorton, IL 60476

Grease Lightning
192 and Wolf Road
Mokena, IL 60448

Groen Waste
13701 South Kostner
Crestwood, IL 60445

Hearne & Associates, P. C
19250 Everett Lane
Suite 200
Mokena, IL 60448

Illinois Central Sweeping Service
2739 West 39th Street
Blue Island, IL 60406

Illinois State Toll Highway
2700 Ogden Avenue
Downers Grove, IL 60515

J & J Newell Concrete
18 Forestdale Park
Calumet City, IL 60409

John Deere/HL 36
P. O. Box 4450
Carol Stream, IL 60197-4450

Komatsu/BH19
1333 Butterfield Road
Suite 600
Downers Grove, IL 60515

Lee Jensen Sales Co., Inc.
7316 Teckler Boulevard
Crystal Lake, IL 60014-7994

Linda Gas
P. O. Box 802807
Chicago, IL 60680-2807

M & M Auto Glass
4047 West 147th Street
Midlothian, IL 60445

Marathon Material, Inc.
25523 West Schultz Street
Plainfield, IL 60585

Martin Implement
18405 115th Avenue
Orland Park, IL 60467-9489

Gas City
100 West Oakley Avenue
Lowell, IN 46356

Great Lakes Equipment
P. O. Box 1331
Elmhurst, IL 60126-8331

Hardings
P. O. Box 187
Lowell, IN 46356

Humana
55 Schuman Road
P. O. Box 3100
Naperville, IL 60566

Illinois Department of Revenue
P. O. Box 19468
Springfield, IL 62794-9468

Interstate Batteries
8500 West 191st Street
Suite 9
Mokena, IL 60448

Jean's Spectic, Inc.
26603 South Governors Highway
Suite 1
Monee, IL 60449

Joliet Sand & Gravel
1250 Larkin Avenue
Joliet, IL 60123

L J Keefe Company
704 West Central Road
Mount Prospect, IL 60056-2339

Lexmor Engineering
9405 Bormet Drive
Suite One
Mokena, IL 60448

Lowell Concrete Products, Inc.
9312 West 181st Avenue
P. O. Box 247
Lowell, IN 46356

M. E. Simpson Company
3406 Enterprise Avenue
Valparaiso, IN 46383-6953

Mark Yunker
24400 Scher Road
Frankfort, IL 60423

Martin Leasing
18405 115th Avenue
Orland Park, IL 60467-9489

Jane E. Mayer
10535 Great Egret Drive
Orland Park, IL 604677

Charles Mayer
11351 West 167th Street
Orland Park, IL 60467

Doug Mayer
215 North Aberdeen Street
Suite 503B
Chicago, IL 60607

McLeod USA
P. O. Box 3243
Milwaukee, WI 53201-3242

Meade Electrical Company
9550 West 55th Street
McCook, IL 60525

Metropolitan Industries, Inc.
37 Forestwood Drive
Romeoville, IL 60446

Mid American Water
1500 E. Mountain Avenue
Aurora, IL 60505

Midnight Tire & Service, Inc.
5601 Sauk Trail
Matteson, IL 60443

Midway Truck Parts
7400 West 87th Street
Bridgeview, IL 60445

Midwest Chlorinating & Testing
420 South Western Avenue
Bartlett, IL 60103

Midwest Operating Engineers
6150 Joliet Road
Countryside, IL 60525

Midwest Surveying Instruments, Inc.
6113 South Cass Avenue
Westmont, IL 60559

Mokena Auto
19200 South Wolf Road
Mokena, IL 60448

Monee Rentals & Sales, Inc.
25912 South Governors Highway
Monee, IL 60449

Murray Overhead Doors
510 Manor Drive
Peotone, IL 60468

Napco
1800 Arthur Drive
West Chicago, IL 60185

National City
P. O. Box 5570
Cleveland, OH 44101-0570

National Waterworks
18900 South 82nd Avenue
Mokena, IL 60448

Nebs
500 Main Street
Groton, MA 01471

Nee-Corp
17522 Scott Road
Hinckley, IL 60520

Neenah Foundry Company
P. O. Box 729
Neenah, WI 54956-0729

Nes Traffic Safety
12225 Disk Drive
Romeoville, IL 60446

New Holland Credit/BH 22
P. O. Box 1083
Evansville, IN 47706-1083

Next Day Toner
11411 West 183rd Street
Suite H
Orland Park, IL 60467

Nextel
P. O. Box 4191
Carol Stream, IL 60197-4191

Nicor Gas Suite A
P. O. Box 2020
Aurora, IL 60507-2020

Northern Tool & Equipment Company
2800 Southcross Drive
P. O. Box 1219
Burnsville, MN 55337-0219

Osco, Inc.
P. O. Box 70
Lemont, IL 60439-0070

Ozinga
18825 Old LaGrange Road
Mokena, IL 60448

Pacific Life & Annuity
Trustee of the Multi Protection Trust
UT File 53527
Los Angeles, CA 90074-3527

Sheila Paravich
16400 West 88th Avenue
Orland Park, IL 60462

Patten Equipment Rental
16822 West Laraway Road
Joliet, IL 60433

Phillips Electric, Inc.
110 North Williams
Thornton, IL 60476

Pipe-Eye Televising, Inc.
701 Thorndale
Bensenville, IL 60106

Posen Oil
14200 Division Street
P. O. Box 9
Posen, IL 60469

Precision Truck Equipment
1945 177th Street
Lansing, IL 60438

Quality Quickprint
2405 Canton Farm Road
Crest Hill, IL 60435

Don Reed
3002 Windhill Lane
Dyer, IL 46311

Regional Truck Equipment Co., Inc.
4626 West 120th Street
Alsip, IL 60803

Reliable Office Supplies
8001 135 South LaSalle Street
Chicago, IL 60674-8001

Robinson Engineering, Ltd.
17000 South Park Avenue
P. O. Box 386
South Holland, IL 60473-0386

Roland Machinery
NW 7899, P. O. Box 1450
Minneapolis, MN 55485-7899

Rose Cartage Service, Inc.
17775 North Clyde Avenue
Lansing, IL 60438

Sanatex Corporation
2321 North Wolcott Avenue
Chicago, IL 60614-2994

Satellite Shelters
2530 Xenium Lane North
Minneapolis, MN 55441-3695

SBC 2nd
SBC 60663 SBC Drive
Chicago, IL 60663-0001

Secretary of State
Dept. of Business Services
501 2nd Street
Springfield, IL 62756

South Oak Ford Mercury, Inc.
1135 South Water Street
Wilmington, IL 60481

Sterling Lumber Company
3415 Wet 127th Street
Blue Island, IL 60406

The Blue Book
P. O. Box 500
Jefferson Valley, NY 10535

Town & Country Landscape Supply
P. O. Box 2150-W
Bedford Park, IL 60499-2150

United State Treasury
Cincinnati, OH 67294-9468

Valley Run Stone
10425 Joliet Road
Newark, IL 60541

Village of Orland Park
14700 Ravinia Avenue
Orland Park, IL 60462

West Side Tractors Sales
Dept #4570, P. O. Box 87618
Chicago, IL 60680-0618

Schubert & Son Concrete, Inc.
1976 Sheffield Lane
Wheaton, IL 60187

Shell Oil Co.
P. O. Box 183018
Columbus, OH 43218-3018

Southwest Suburban
Home Builders Association
10767 West 163rd Place
Orland Park, IL 60467

Sunbelt Rentals
P. O. Box 409211
Atlanta, GA 30384-9211

The Mike Madrid Company
P. O. Box 2477
West Lafayette, IN 47996

True Value
17280 South Cicero Avenue
Country Club Hills, IL 60478

Universal Pipe & Supply
2145 Moen Avenue
P. O. Box 2404
Joliet, IL 60434

Van Bruggen Signs
13401 Southwest Highway
Orland Park, IL 60466

Welch Bros Belvedere, Inc.
1000 Town Hall Road
Belvedere, IL 61008

Will Supply Corp
8133 West 189th Street
Mokena, IL 60448

Naomi Schuster
7480 West College Drive
Suite 101
Palos Heights, IL 60463

Silver Cross Hospital
1200 Maple Road
Joliet, IL 60432

Standard Bank
7800 West 95th Street
Hickory Hills, IL 60457

Swanson & Brown, Ltd.
12600 South Harlem Avenue
Palos Heights, IL 60463

TJR Enterprises, LLC
12004 South Central Avenue
Alsip, IL 60803

Underground Contractors Association
500 Park Boulevard
Suite 154 C
Itasca, IL 60143

US Pipe & Foundry
98056 Collection Center Drive
Chicago, IL 60693-8056

Vans Material
10175 Vans Drive
Frankfort, IL 60423

Wells Fargo/BH 20
NW-8178, P. O. Box 1450
Minneapolis, MN 55485-8178

Wilson Rentals
2125 West 183rd Street
Homewood, IL 60430

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| Hulett Corporation | ) | Bankruptcy No. 05 B 63640 |
| | ) | Chapter 11 |
| | ) | |
| Debtor (s) | ) | Judge Jack B. Schmetterer |
| | ) | |
| | ) | |

**TRUSTEE'S MOTION FOR ENTRY OF FINAL DECREE**

NOW COMES the Trustee, Thomas B. Sullivan, by and through his attorneys, Grochocinski, Grochocinski and Lloyd, Ltd., and moves this honorable Court for entry of a final decree closing this Chapter 11 case after the substantial consummation of the confirmed Plan, and in support thereof states as follows:

1.  The Debtor commenced this case by filing a voluntary Chapter 11 petition on November 28, 2005.

2.  On June 2, 2006, the Court entered an order confirming the Debtor's Plan of Reorganization and appointing Thomas B. Sullivan as the Trustee of the Creditor's Trust and Disbursing Agent.

3.  Under the confirmed plan, the Debtor was to pay administrative expenses and, upon payment of such expenses, the Trustee would succeed to all assets of the estate and complete the liquidation thereof.  Until payment of administrative expenses, the Debtor would remain in possession of its assets.

4.  On September 19, 2006, the Trustee obtained authority of the Court to take possession of all the Debtor's assets, notwithstanding the fact that the Debtor had not paid administrative expenses

as provided by the confirmed Plan. The Trustee proceeded to liquidate the remaining personal property of the Debtor.

5. A detailed accounting of all sums received and disbursed by the Trustee to date is reflected below. In brief, the Trustee has received approximately $213,270, and has disbursed approximately $97,830, with the result that the Trustee is holding approximately $115,440 in funds of the estate.

6. All known assets of the Debtor have been liquidated, and the Trustee does not expect to receive any other funds, except for a minimal amount of interest on his accounts.

7. Two creditors have lien claims secured by the assets of the Debtor, including the tangible personal property sold by the Trustee and the accounts receivable collected, and being pursued, by the Trustee.

(a)  Roland Machinery Co. has a claim determined by the Court to be $80,854.52 plus $16,341.00 in legal fees.

(b)  The Internal Revenue Service filed a claim in excess of one million dollars, secured to the extent of $293,433.13.

6. Roland Machinery Co. and the Internal Revenue Service have both claimed priority for their liens in the proceeds of the machinery, equipment, and accounts receivable. The Trustee commenced an adversary proceeding, under Adv. No. 07 A 00917, requesting that the Court resolve the issue of lien priority. On June 10, 2008, the Court entered a summary judgment in favor of the Internal Revenue Service, and on August 25, 2008, the Court signed an order denying Roland Machinery Company's motion to amend.

7. It is important to note that there will be no distribution of any kind to general unsecured creditors or unsecured priority creditors. The entirety of the assets liquidated by the Trustee,

consisting of machinery, equipment, and accounts receivable, were subject to the liens of Roland

Machinery Co. and the Internal Revenue Service.  The total recovered by the Trustee, approximately

$211,000 excluding interest on the estate's financial accounts, is far exceeded by the secured claims

of Roland and the IRS, which exceed $380,000.

8.  The Trustee has filed a motion for payment of fees and costs to himself as Trustee, and to

his attorneys, accountants, and auctioneer.  The fees and expenses sought by the Trustee and his

professionals are entitled to be paid from the proceeds of the liquidation of assets under Section

506(c) of the Bankruptcy Code.  Any payment of fees and costs will come only from the amounts to

be distributed to the secured creditors, Roland Machinery Co. and the Internal Revenue Service, and

have no effect on unsecured creditors.  The claims of Roland Machinery Co. and the Internal

Revenue Service exceed the funds available, so there will be no distribution to general unsecured

creditors or unsecured priority creditors.

9.  Upon determination and payment of the Trustee's fees and expenses, and the fees and

expenses of his professionals, the Chapter 11 plan will be substantially completed.  The only

remaining function for the Trustee will be to pay the secured claims pursuant to Court order.

10.  On March 29, 2007, the Court awarded to Schain, Burney, Ross & Citron, Ltd.,

attorneys for the Debtor, fees in the amount of $89,908.00, plus reimbursement of expenses in the

amount of $2,238.80.  The Court ordered that the Trustee disburse $74,165.20 of that total at that

time, which the Trustee paid on April 10, 2007.  The Trustee does not intend to make any further

payment on the administrative claim of Schain, Burney, Ross & Citron, Ltd.

11.  There may be other administrative claims, or pre-petition priority claims, that have been

filed, or that are unknown to the Trustee.  In view of the payment of the entire balance of the funds

on hand to secured creditors, the Trustee does not intend to make any payment to administrative

priority claimants or pre-petition unsecured priority claimants.

12. After payment of the secured claims referred to herein, there will be no funds available for payment to general unsecured creditors. Therefore, general unsecured creditors will not receive any payment under the confirmed plan.

13. An analysis of the sources of recovery, previous disbursements by the Trustee, and proposed payments by the Trustee, is as follows:

**14. Analysis of Sources of Recovery by Trustee**

A. Sale of Personal Property: On September 1, 2006, the Trustee obtained the approval of the Court to employ Donald Dodge and American Auction Associates to secure, appraise, and sell the tangible personal property of the Debtor. On September 19, 2006, the Trustee obtained an order from the Court authorizing him to sell vehicles, tools, machinery, equipment, and all other items of tangible personal property in the possession of the Debtor. The Trustee considered an auction of the personal property but ultimately accepted an offer from Distinctive Homes Orland Park Business Center, Inc., the lessor of the Debtor's business location. The Court approved a sale of the personal property on March 27, 2007, and the Trustee received the purchase price of $125,000.00 from Distinctive Homes Orland Park Business Center, Inc., on March 29, 2007.

B. McNaughton Development, LLC: Counsel for the Debtor filed an adversary proceeding, No. 06 A 01196, on July 11, 2006, against McNaughton Development, LLC, alleging a contract claim in the amount of $42,820.26. On September 14, 2006, the Court approved an order dismissing the adversary proceeding based on the defendant's agreement to pay the amount in full. On September 22, 2006, the Trustee received $42,820.26 from McNaughton Development, LLC.

C.   Grubb Farm Development, LLC:   Counsel for the Debtor filed an adversary proceeding, No. 06 A 01194, on July 11, 2006, against Grubb Farm Development, LLC, alleging a contract claim in the amount of $175,548.01.   Grubb Farm raised a number of defenses, including breach of contract, and the parties entered into settlement discussions.   On February 22, 2007, the Court approved a settlement in the amount of $35,000.00.   On February 27, 2007, the Trustee received $35,000.00 from Grubb Farm Development, LLC.

D.   Distinctive Homes, Ltd.:   Counsel for the Trustee filed an adversary proceeding, No. 06 A 01707, on November 16, 2006, against Distinctive Homes, Ltd., alleging a contract claim in the amount of $25,383.07.   Distinctive Homes raised a number of defenses, including breach of contract, and the parties entered into settlement discussions.   On February 14, 2008, the Court approved a settlement in the amount of $8,500.00.   On April 16, 2008, the Trustee received $8,500.00 from Distinctive Homes, Ltd.

E.   Interest:   As of the date of this Motion, the Trustee has received approximately $_____ in interest on the funds in his accounts with JP Morgan Chase Bank, N.A.

**15.  Analysis of Expenditures by Trustee**

A.  Attorneys for Debtor:  On March 29, 2007, the Court awarded $89,908.00 in fees and $2,238.80 in reimbursement of expenses to Schain, Burney, Ross & Citron, Ltd., attorneys for the Debtor.   In its order, the Court directed the Trustee to pay $74,165.20 of this award, and reserved further payment until further order of Court.   On April 10, 2007, the Trustee disbursed $74,165.20 to Schain, Burney, Ross & Citron, Ltd.

B.  Accountants for Debtor:  On November 7, 2006, the Court awarded $16,702.50 in fees to Hearne & Associates, accountants for the Debtor.   On November 20, 2006, the Trustee disbursed $16,702.50 to Hearne & Associates.

C.  Insurance expense:  On November 20, 2006, the Court authorized the Trustee to pay $4,244.00 for the initial insurance premium on the tangible personal property in the Trustee's possession.  On November 20, 2006, the Trustee paid $4,244.00 to Heil & Heil.  After the sale of the personal property in March of 2007, the Trustee applied for a refund, and received a refund of $845.00 from Heil & Heil on July 10, 2007.  The net paid to Heil & Heil totaled $3,399.00.

D.  United States Trustee:  The Trustee has disbursed $2,400.00 in quarterly fees to the United States Trustee through the second quarter of 2008.  The Trustee expects to make a final payment to the United States Trustee for the third quarter of 2008 upon entry of the final decree in this case.

E.  Miscellaneous administrative expenses:  The Trustee has disbursed $2,400.00 in miscellaneous expenses, including title fees, filing fees, search fees, bond payment, and overnight delivery charges.

**16.  Accounting of Receipts and Disbursements by Trustee**

A.  The Trustee has received the following amounts:

| | |
|---|---|
| Sale of Personal Property | $125,000.00 |
| McNaughton Development | 42,820.26 |
| Grubb Farm Development | 35,000.00 |
| Distinctive Homes | 8,500.00 |
| Interest | 2,086.43 |
| TOTAL | $213,406.69 |

B.  The Trustee has disbursed the following amounts:

| | |
|---|---|
| Attorneys for Debtor | $ 74,165.20 |
| Accountants for Debtor | 16,702.50 |
| Insurance premium (net) | 3,399.00 |
| U.S. Trustee fees | 2,400.00 |
| Miscellaneous administrative expenses | 1,296.07 |
| TOTAL | $ 97,962.77 |

Amount on hand for distribution                                    $115,433.92

## 17. Proposed Distributions to Administrative Claimants

The Trustee has filed a motion for payment of fees and costs on behalf of himself as trustee and on behalf of his attorneys, Grochocinski, Grochocinski & Lloyd, Ltd.; his accountants, Alan D. Lasko & Associates, P.C.; and his auctioneer, American Auction Associates. The amounts sought in each fee petition are set out in detail in that motion, and are reflected below. To the extent any fee petition is denied or reduced, there will be more funds to distribute to secured creditors. In addition, the Trustee intends to disburse $975.00 for the quarterly fee due to the United States Trustee for the third quarter of 2008. The disbursements to administrative claimants prior to payment of secured claims is as follows:

| | |
|---|---|
| Trustee's fees | $ 13,920.33 |
| Attorneys for Trustee | 25,482.50 |
| Accountants for Trustee | 6,991.60 |
| Auctioneer for Trustee | 700.00 |
| United States Trustee quarterly fees | 975.00 |
| TOTAL | $48,069.43 |

## 18. Distributions to Secured Creditors

A. After payment of the distributions to administrative claimants above, the Trustee will have an estimated balance available to secured creditors of $67,364.49 (this amount may increase by a very small amount for accrued interest, and may also increase if the Court denies or reduces any of the Trustee's fee petitions).

B. There are two lienholders who claim priority on the funds being held by the Trustee. The United States Internal Revenue Service and Roland Machinery Company both filed notices with the Illinois Secretary of State, properly perfecting their liens in substantially all of the assets of the Debtor. All the recoveries by the Trustee, with the possible exception of interest on his

accounts, are subject to the liens of the Internal Revenue Service and Roland Machinery

Company.  The Internal Revenue Service claim asserts a lien in the amount of $293,433.13;

$65,112.73 pursuant to a notice filed February 14, 2005, and $228,320.40 pursuant to a

subsequently-filed notice of.  Roland Machinery Company also filed a notice of lien on February

14, 2005, and the Court has determined the Roland Machinery Company claim to be $97,195.52,

including $16,341.00 in legal fees.  Together, these liens far exceed the amount the Trustee has

recovered in this case.  These two secured creditors disputed their relative priority to the funds

recovered by the Trustee, because the two creditors filed their lien notices on the same day, and

at the same minute.  According to the filing records of the Illinois Secretary of State, the liens

were filed simultaneously.

C.  On September 24, 2007, the Trustee filed an adversary proceeding, No. 07 A 00917,

requesting that the Court determine the relative priority of the two liens.  On June 10, 2008, the

Court entered summary judgment in favor of the Internal Revenue Service, determining that its

February 14, 2005, lien is entitled to priority over the Roland Machinery Company lien filed the

same date.   On August 25, 2008, the Court signed an order denying a motion to

amend/reconsider that ruling.  At the time of the filing of this Motion, the Trustee has not

received notice of any further action regarding the liens, including any further motion in the

adversary proceeding or any appeal.  The Trustee expects that an order will be entered in that

adversary determining the exact dollar amount of the Internal Revenue Service claim that is

entitled to priority, and will make a distribution accordingly.

19.  It is the Trustee's position that, even if the disposition of the lien dispute between the

Internal Revenue Service and Roland Machinery Company is not final at the time of the hearing

on the present Motion, the Court should still find that the Plan has been substantially completed

by the final award and payment of administrative expenses.  There will be no distribution to

administrative, priority, or general unsecured claimants after payment of the lien claims,

whichever lien claimant is ultimately determined to be entitled to priority.

      WHEREFORE Thomas B. Sullivan, Trustee, prays that this Court enter a Final Decree

closing this Chapter 11 case.

                              Respectfully submitted,
                              Thomas B. Sullivan, Trustee

                              by:__/s/ David P. Lloyd_____
                                    One of his attorneys

David P. Lloyd
Grochocinski, Grochocinski & Lloyd, Ltd.
1900 Ravinia Place
Orland Park IL  60462
(708) 226-2700
Fax:  (708) 226-9030