**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| HULETT CORPORATION, | ) | No. 05-63640 |
| | ) | |
| Debtor, | ) | Chapter 11 |
| | ) | Judge Jack B. Schmetterer |

**ORDER AUTHORIZING FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES TO TIMOTHY J. McGONEGLE AND SCHAIN, BURNEY, ROSS & CITRON, LTD., ATTORNEYS FOR THE DEBTOR**

This cause coming to be heard on Debtor's Application for Allowance of Final Compensation Reimbursement of Expenses of Attorneys and for Other Relief ("Application"); due notice of the Application having been given and further notice being waived; counsel for Debtor, the Trustee and objectors having appeared, considered by the Court and overruled; the Court having reviewed the Application, it appearing that final compensation and reimbursement of the remaining time spent and expenses requested by Timothy J. McGonegle and Schain, Burney, Ross & Citron, Ltd. is in the best interests of the estate, and the Court being advised in the premises: it is, therefore

ORDERED, that Timothy J. McGonegle and Schain, Burney, Ross & Citron, Ltd. ("Applicant") is allowed $_____ as final compensation for legal services rendered on behalf of the Debtor, plus $227.06 for reimbursement of actual and necessary expenses incurred, both for the period from September 30, 2006 to July 30, 2008.

FURTHER ORDERED that the Trustee is authorized and directed to pay Applicant the remaining 20% balance approved by this Court's Order of March 29, 2007 in the amount of $17,981.60, instanter. .

Dated: October 14, 2008   ENTER:

                                                                        _____
                                                                        United States Bankruptcy Judge

Prepared by:
Timothy J. McGonegle
ARDC No. 1840797
Schain, Burney, Ross & Citron, Ltd.
222 North LaSalle Street/Suite 1910
Chicago, IL 60601
(312) 332-0200

G:\HOME\Tjm\HulettCorporation\OrderAuthorizingFinalCompensationtoAttorneys.doc