|  Date | **In re Hulett Corporation Expenses** Vendor | Service of Process | Amount |
|---|---|---|---|
| 9/21/2006 | FedEx | Delivery | $10.10 |
| 10/31/2006 | Intercept Courier | Delivery | $4.70 |
| 8/6/2006 | NIS Consulting group | Service of Process | $190 |
| 2/26/2007 | FedEx | Delivery | $10.09 |
| 5/24/2007 | FedEx | Delivery | $12.17 |
|  |  |  | $227.06 |