## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE: )
Hulett Corporation )   Bankruptcy No. 05 B 63640
 )   Chapter 11
 )
Debtor (s) )   Judge Jack B. Schmetterer

### FINAL DECREE

THIS CAUSE coming on to be heard on the Trustee's Motion for entry of a Final Decree, due notice having been given and the Court being advised in the premises;

THE COURT FINDS that the Plan confirmed on June 2, 2006, has been substantially consummated.

IT IS HEREBY ORDERED that the Motion for Final Decree is granted. The Clerk of Court is directed to close this case.

Date: 10/30/08

ENTER:

United States Bankruptcy Court

OCT 3 0 2008

Prepared by:
David P. Lloyd
Grochocinski, Grochocinski & Lloyd, Ltd,
1900 Ravinia Place
Orland Park IL  60462
708-226-2700
Fax: 708-226-9030